Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

**NATHAN F. SMITH, #264635**
**MALCOLM • CISNEROS, A Law Corporation**
**2112 Business Center Drive, Second Floor**
**Irvine, California 92612**
nathan@mclaw.org
**(949) 252-9400 (TELEPHONE)**
**(949) 252-1032 (FACSIMILE)**

☒ Attorney for: **Movant**

FOR COURT USE ONLY

**FILED & ENTERED**

**AUG 06 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY holbert   DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: **JHONY RUIZ,**

Debtor(s).

CHAPTER: **7**

CASE NO.: **1:10-bk-17462-GM**

DATE: **July 29, 2010**
TIME: **9:30 AM**
CTRM: **303**
FLOOR: **3RD**

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
**(MOVANT: BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, and its successors and/or assignees,)**

1. The Stay Motion was:  ☐ Contested   ☒ Uncontested   ☐ Settled by Stipulation

2. The Stay Motion affects the following real property (the "Property"):
   *Street Address:* **10331 Lindley Ave**
   *Apartment/Suite no.:* **Apt 104**
   *City, State, Zip Code:* **Northridge, CA 91326**

   Legal Description or document recording number (including county of recording):

   ☒ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. §362(d)(2)   ☐ 11 U.S.C. §362(d)(3)
   ☐ 11 U.S.C. §362(d)(4)

4. As to Movant, the successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1O.RP**

Order on Motion for Relief From Stay (Real Property) -    **F 4001-1O.RP**

| In re | (SHORT TITLE) | CHAPTER: **7** |
|---|---|---|
| **JHONY RUIZ,** | Debtor(s). | CASE NO.: **1:10-bk-17462-GM** |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:
   ☐ transfer of all or part ownership or, or other interest in, the Property without the consent of the secured creditor or court approval.
   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changes circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☐ The provisions set forth in the Extraordinary Relief attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.

    d. ☒ BY VIRTUE OF THE ENTRY OF THIS ORDER, THE BORROWER'S BANKRUPTCY PROCEEDINGS HAVE NOW BEEN FINALIZED WITH REGARD TO THE SUBJECT PROPERTY WITHIN THE MEANING OF CALIFORNIA CIVIL CODE SECTION 2923.5(h)(3)..

###

DATED: August 6, 2010

*[signature]*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1O.RP**

Case 1:10-bk-17462-GM    Doc 13    Filed 08/08/10    Entered 08/08/10 22:02:11    Desc
Order on Motion for Relief From Stay (Real Property) -
Imaged Certificate of Service    Page 3 of 6                                         F 4001-1O.RP

| In re<br>**JHONY RUIZ,** | (SHORT TITLE) | CHAPTER: **7** |
|---|---|---|
| | Debtor(s). | CASE NO.: **1:10-bk-17462-GM** |

**LEGAL DESCRIPTION**

A CONDOMINIUM COMPOSED OF:

PARCEL 1:

A) AN UNDIVIDED .00743 INTEREST IN AND TO LOT 1 OF TRACT 34685, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 905 PAGES 21 AND 22 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM UNITS 101 TO 172, INCLUSIVE AND 201 TO 272, INCLUSIVE, OF TRACT 34685, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN, RECORDED DECEMBER 7, 1978 AS INSTRUMENT NO. 78-1358882.

EXCEPT THEREFROM EASEMENTS FOR PARKING PURPOSES, WITH THE RIGHT TO GRANT SAME TO OTHERS, OVER THOSE PORTIONS OF SAID TRACT 34685, AS SHOWN AS PARKING SPACES 1P TO 285P INCLUSIVE, ON THE PARKING PLAN ATTACHED TO THE DECLARATION OF RESTRICTIONS, RECORDED DECEMBER 7, 1978 AS INSTRUMENT NO. 78-1358883.

B) UNIT 104, AS SHOWN AND DEFINED ON THE CONDOMINIUM PLAN REFERRED TO ABOVE.

PARCEL 2:

AN EXCLUSIVE EASEMENT FOR PARKING PURPOSES TO SPACES 154 AND 155 SHOWN AND DEFINED IN THE PARKING PLAN, ATTACHED TO THE ABOVE MENTIONED DECLARATION OF RESTRICTIONS.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                    **F 4001-1O.RP**

| In re **JHONY RUIZ,** | (SHORT TITLE) | CHAPTER: **7** |
|---|---|---|
| | Debtor(s). | CASE NO.: **1:10-bk-17462-GM** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**2112 Business Center Drive, Second Floor
Irvine CA 92612**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **August 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR:**   JHONY RUIZ, 10331 Lindley Ave Apt 104, Porter Ranch, CA 91326

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 2, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**CHAPTER 7 TRUSTEE:**   Diane Weil, dcw@dcweillaw.com
**SAN FERNANDO VALLEY DIVISION**   ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 2, 2010** | **K. Alex Sneed** | **/s/ K. Alex Sneed** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*   **F 9021-1.1**

| In re<br>**JHONY RUIZ,**<br><br>Debtor(s). | (SHORT TITLE) | CHAPTER: **7**<br><br>CASE NO.: **1:10-bk-17462-GM** |
|---|---|---|

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 2, 2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**CHAPTER 7 TRUSTEE:**   Diane Weil, dcw@dcweillaw.com
**SAN FERNANDO VALLEY DIVISION**  ustpregion16.wh.ecf@usdoj.gov
**ATTORNEY FOR MOVANT:** Nathan F. Smith, nathan@mclaw.org

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR:** JHONY RUIZ 10331 Lindley Ave Apt 104, Porter Ranch, CA 91326

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                **F 9021-1.1**

# CERTIFICATE OF NOTICE

```
District/off: 0973-1          User: admin              Page 1 of 1             Date Rcvd: Aug 06, 2010
Case: 10-17462                Form ID: pdf031          Total Noticed: 2
```

The following entities were noticed by first class mail on Aug 08, 2010.
db          +Jhony Ruiz,   10331 Lindley Ave Apt 104,   Porter Ranch, CA 91326-3536
cr          +BAC Home Loans Servicing, LP fka Countrywide Home,   Malcolm Cisneros,   A Law Corporation,
              2112 Business Center Drive,   Irvine, CA 92612-7135

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2010**                    **Signature:** _Joseph Speetjens_